UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------X
DARRIN WINSTON,                           :      23 Civ. 9963 (LAP)
                                          :
                    Plaintiff,            :
                                          :           ORDER
          v.                              :
                                          :
                                          :
THE MARTIN-BROWER COMPANY, L.L.C.         :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    The initial pretrial conference in the above-captioned case is hereby rescheduled to 11:00 a.m. on January 30, 2024, in Courtroom 12A, 500 Pearl Street, New York, New York 10007.  If Defendant does not file an answer or make a motion pursuant to Federal Rule of Civil Procedure 12 by that date, Defendant shall inform the Court in advance of the initial pretrial conference.

SO ORDERED.

Dated:    New York, New York
          December 28, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge

1