```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
DARRIN WINSTON,                          :    23 Civ. 9963 (LAP)
                                         :
                Plaintiff,               :
                                         :         ORDER
        v.                               :
                                         :
                                         :
THE MARTIN-BROWER COMPANY, L.L.C.        :
                                         :
                Defendant.               :
                                         :
-----------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    As stated at the initial pretrial conference in the above-captioned case, the parties shall submit a joint status update to the Court no later than February 29, 2024.

SO ORDERED.

Dated:    New York, New York
           January 30, 2024

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge