

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

rszyba@seyfarth.com
T (212) 218-3351

www.seyfarth.com

April 30, 2024

**VIA CM/ECF**

Hon. Loretta A. Preska, U.S.D.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re:   **Winston v. The Martin-Brower Company, L.L.C.,
      Case No. 1:23-cv-09963-LAP (S.D.N.Y.)**

Dear Judge Preska:

As the Court is aware, this Firm represents Defendant The Martin-Brower Company, L.L.C. in this matter.

The parties to the above referenced action submit the following joint letter to provide the Court with a status update, as directed.  (ECF No. 19).  The parties are continuing to engage in settlement negotiations and wish to continue to do so. We ask that the parties be permitted to update the Court on said negotiations on or before June 1, 2024.

We thank the Court for its attention to this matter.

Respectfully,

SEYFARTH SHAW LLP

/s/ Robert T. Szyba

Robert T. Szyba

```
The parties shall submit a joint letter updating
the Court on the status of settlement negotiations
no later than June 1, 2024.

SO ORDERED.

Dated:   May 1, 2024
```

*Loretta A. Preska*

LORETTA A. PRESKA, U.S.D.J.