UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Winston,                            :
                                    :   23cv9963  (LAP)
              Plaintiff(s),         :
                                    :       ORDER
        -against-                   :
The Martin-Brower Company, LLC,     :
                                    :
              Defendant(s).         :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than August 12, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                        _Loretta A. Preska_

                                        LORETTA A. PRESKA,
                                        Senior U.S.D.J.

Dated: 8/5/24
New York, New York